**EXHIBIT 5**

## C. Staffing and Financial Summary:

| | | |
|---|---|---|
| A. | Base Assessment (includes 1.5 FTE 4-H Program Coordination) | $143,024 |

**ADDITIONAL PERSONNEL**

| | | |
|---|---|---|
| B. | 0 FTE Clerical Support Staff to be employed by MSU | $0 |
| C. | .5 FTE Educator (AABI; Program Area: Environmental Quality) | $58,948 |
| D. | .55 FTE Educator (AABI; Program Area: Small Fruit) | $64,842 |
| E. | Additional Temp/On-Call Office and Program Support | $13,935 |

**TOTAL COUNTY ASSESSMENT PAYABLE TO MSU FOR FY 2025:** **$280,749**

MRD_0499

# MSU Extension Financials
## July 2023 to June 2024



MSU Extension Total Revenue: $106,915,497

- Grants (Federal, State and Private)* $44,196,388
- State Appropriations $33,225,000
- County Investments $15,336,627
- Federal Appropriations $11,919,224
- MSU General Fund $2,238,258

*Based on 3-year average

MRD_0500