**EXHIBIT 6**

Page 126

1 Q    In Kent County.  Okay.
2        But as part of your work you're aware of
3    local politics in Ottawa County?
4 A    Correct.
5 Q    And what's been described as the Ottawa Impact
6    majority was getting a fair amount of news
7    attention; is that right?
8 A    Correct.
9 Q    Is that part of the reason why in your meeting with
10    Mr. Kleinjans on November 27th of '23 you pointed
11    out to him that they seem, quote/unquote, maybe
12    vindictive?
13 A    Yes.
14 Q    Okay.  And also, I think you spoke on this already,
15    but as part of your job both when you were a
16    district director and in your current role, you
17    need to be aware of what the county commission is
18    doing.  Is that right?
19 A    Correct.
20 Q    And MSU does have an interest in fostering good
21    relationships with the county commission.  Is that
22    fair?
23 A    Correct.
24 Q    Okay.  In spite of all that -- let me ask one more
25    question.

Page 127

1        Was it your understanding that Joe Moss
2    or others within the OI asked Christian to be moved
3    from his position at Ottawa County Extension during
4    his campaign?
5 A    What -- I believe there was mention to colleagues
6    of mine but not to me.
7 Q    Okay.
8 A    So I was not part of any conversation where that
9    was mentioned.
10 Q    Okay.  Did you have some awareness of that though?
11 A    Yes.
12 Q    Okay.  Did that come from Scott Korpak?
13 A    It likely came from Scott Korpak or James.
14 Q    Okay.  And do you know what Extension ultimately
15    did with respect to the request to move Christian
16    out of Ottawa County Extension during his campaign?
17 A    We denied that request.
18 Q    Okay.  Subsequent to those discussions with Joe
19    Moss or Joe Moss and Allison Miedema about
20    Christian's position within Extension in November,
21    December of '23 into January of '24, subsequent to
22    that time are you aware of any effort by anyone
23    within the Ottawa County Commission or who's
24    affiliated with Ottawa Impact trying to persuade or
25    leverage anyone in Extension to do something with

Page 128

1    respect to Christian's employment?
2 A    No.
3 Q    Okay.  Do you know anything about Jon Anderson
4    visiting Extension offices in or around May of
5    2024?
6 A    No.
7 Q    Okay.  Did you have any reason to believe that Jon
8    Anderson was trying to indicate to Extension that
9    they should do something with respect to
10    Christian's employment after he was elected to the
11    commission?
12        MS. HOWARD:  Objection.  Lack of
13    foundation.
14        THE WITNESS:  Do I not answer that?
15 Q    (MR. DANIELS) You can answer.
16 A    No.
17 Q    Okay.  After Christian was elected to the Ottawa
18    County Commission and decisions were being made
19    with respect to his employment with Extension, did
20    you have concerns that anyone on the commission or
21    anyone affiliated with Ottawa Impact was looking at
22    or seeking to compel MSU to do something with
23    respect to his employment?
24 A    No.
25 Q    Okay.  Your affidavit was marked previously as

Page 129

1    Exhibit 4.  It's Bates stamped 359 to 361.  If
2    you'll look at paragraph 12 and the bullet points
3    there?
4 A    Uh-huh.
5 Q    Has your testimony that's provided there in
6    paragraph 12 changed in any way, or is that still
7    accurate?
8 A    It's still accurate.
9        MR. DANIELS:  Okay.  I don't have
10    anything further.
11        MS. HOWARD:  I have one follow-up
12    question.
13        FURTHER EXAMINATION
14 BY MS. HOWARD:
15 Q    Mr. Lamb asked you a question about whether or not
16    Ottawa County is able to discipline or terminate
17    the employment of any Extension employees.  Do you
18    recall that question?
19 A    Yes.
20 Q    Okay.  I had understood during your original
21    testimony that the county does officially supervise
22    an employee, at least two of the people that work
23    in the Extension office.  Is that correct?
24 A    Yes.  It's complicated.
25 Q    Okay.  That's what I'm trying to understand.